1  DANIEL G. BOGDEN
   United States Attorney
2  RUSSELL E. MARSH
   SARAH GRISWOLD
3  Assistant United States Attorneys
   333 Las Vegas Blvd., South, Fifth Floor
4  Las Vegas, NV 89101
   (702) 388-6336
5  Fax: (702) 388-5087

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:04-cr-258-KJD-GWF |
| Plaintiff, | |
| v. | UNITED STATES' MOTION TO DISMISS THE INDICTMENT AS TO JASPAL SINGH VIRDI |
| JASPAL SINGH VIRDI, | |
| Defendant. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, by and through Daniel G. Bogden, United States Attorney, and Russell E. Marsh and Sarah Griswold, Assistant United States Attorneys, hereby moves for leave to dismiss this case against the remaining defendant, Jaspal Singh Virdi. This case was filed on June 23, 2004. A second superseding indictment was returned on January 5, 2005. The government believes that defendant Virdi, a Canadian Citizen, remains in Canada.

WHEREFORE, the government hereby moves for leave to dismiss the indictment in this matter against defendant Virdi with prejudice, and further requests that the arrest warrant for defendant Virdi be quashed.

DATED this 7th day of June, 2013.

        Respectfully submitted,
        DANIEL G. BOGDEN
        United States Attorney

        */s/ Russell E. Marsh*
        RUSSELL E. MARSH
        SARAH GRISWOLD
        Assistant United States Attorneys

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:04-cr-258-KJD-GWF |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| | ) | |
| JASPAL SINGH VIRDI, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Based on the foregoing motion of the government, leave is hereby granted and this matter is dismissed with prejudice as to defendant Jaspal Singh Virdi. It is further ordered that the arrest warrant for defendant Virdi be quashed.

SO ORDERED.

DATED: August 2, 2013

_____
KENT J. DAWSON
Senior United States District Judge